UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA STEPHENS,

    Plaintiff,

v.                                                                Case No: 8:18-cv-1592-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on July 11, 2018 (Doc. 5). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's request for leave to proceed in forma pauperis (Doc. 2) be DENIED. Further, Magistrate Judge Porcelli recommends that if the request is denied, Plaintiff be permitted a period of fourteen (14) days from the date of the Court's order denying the request to proceed in forma pauperis to pay the requisite filing fee to the Clerk. If Plaintiff fails to pay the requisite filing fee to the Clerk within the allotted time, it is recommended that this action be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is DENIED.

(3) Plaintiff shall pay the filing fee to the Clerk of Court within **FOURTEEN (14) days** from the date of this Order. **Failure to pay the filing fee within the time provided will result in dismissal of this case without further notice from the Court.**

**DONE AND ORDERED** at Tampa, Florida on July 30, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record